IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

              vs.                   :         CRIMINAL NO. 14-412-04

PERRY BETTS
                                    :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

**AND NOW**, this **14th** day of **May, 2015,** came the attorney for
the Government and the defendant being present with counsel, and

[]    The Court having granted the defendant's motion for judgment
      of acquittal as to:

[]    A jury has been waived, and the Court has found the defendant
      not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not
      guilty as to: Counts 1,2,5,6,9,10 & 25.

      **AND IT IS THEREFORE ORDERED** that Judgment in accordance with
the above finding is hereby entered pursuant to Rule 32(k)(1),
Federal Rules of Criminal Procedure.


                              BY THE COURT:


                               s/ Eduardo C. Robreno
                              Eduardo C. Robreno



cc:   U.S. Marshal
      Probation Office
      T. Wzorek, AUSA
      M. McCartney, AUSA
      G. Pagano, Esq.

   5/14/15              RV
   Date             By Whom